UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 05-39391 |
|---|---|
| NESTOR A. COLON | (Chapter 13) |
| Debtor | JUDGE LAWRENCE S. WALTER |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4066748**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 14/ 1,003 | AMERICAN HOME MORTGAGE<br>BOX 631730<br>IRVING, TX  75063 | 1,408.57 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 3/23/2011

Certificate of Service         05-39391

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

NESTOR A. COLON
5404 QUISENBERRY DRIVE
DAYTON, OH  45424

LESTER R THOMPSON
1340 WOODMAN DR
DAYTON, OH  45432

(1003.1)
AMERICAN HOME MORTGAGE
BOX 631730
IRVING, TX  75063

(1013.1n)
FAYE D ENGLISH
REIMER ARNOVITZ CHERNEK & JEFFREY CO, LPA
P. O. BOX 968
2450 EDISON BOULEVARD
TWINSBURG, OH  44087

(46.1n)
JAMES E SWAIM
318 W FOURTH ST
DAYTON, OH  45402

(1011.1n)
PRA RECEIVABLES MANAGEMENT LLC
BOX 41067
NORFOLK, VA  23541

Jeffrey M. Kellner BY    ___/s/ Jeffrey M. Kellner_____    sv